MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304254)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conmetkane.com
Email: wcooper@conmetkane.com

DANIEL P. WATKINS* (VA Bar No. 84592)
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Tel:    (202) 628-7407
Email: daniel@clarelocke.com
**pro hac vice* Application Forthcoming*

Attorneys for Applicant FREDRIC N. ESHELMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>FREDRIC N. ESHELMAN,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | CASE NO. 5:23-MC-80015<br><br>**DR. ESHELMAN'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

Petitioner Fredric N. Eshelman ("Dr. Eshelman"), through counsel, applies to the Court for an order under 28 U.S.C. § 1782(a) granting him leave to issue subpoenas to Google LLC ("Google") to produce documents and give testimony for use in contemplated lawsuits against an anonymous John Doe in Germany and India. Dr. Eshelman seeks this discovery to obtain identifying information (IP addresses, phone numbers, and names) associated with a pseudonymous email account used to spread defamatory communications about him, so that he may identify and locate Doe for the litigation. As explained in the accompanying memorandum, this Application meets each of the statutory and discretionary factors routinely considered in determining whether to grant discovery under Section 1782.

The Court should consider this Application *ex parte*. "Applications brought pursuant to 28 U.S.C. § 1782 typically are considered on an *ex parte* basis, since 'parties will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it.'" *In re Apple Retail UK Ltd.*, No. 20-mc-80109, 2020 WL 3833392, at *2 (N.D. Cal. July 8, 2020) (quoting *IPCom GMBH & Co. KG v. Apple Inc.*, 61 F. Supp. 3d 919, 922 (N.D. Cal. 2014)); *see also In re Republic of Ecuador*, No. 10-mc-80225, 2010 WL 3702427, at *2 (N.D. Cal. Sept. 15, 2010); *In re Letters Rogatory from Tokyo Dist.*, 539 F.2d 1216, 1219 (9th Cir. 1976).

This Application is supported by the memorandum of points and authorities filed herewith, and the Declarations of Daniel P. Watkins ("Watkins Decl.") and Dr. Fredric N. Eshelman ("Eshelman Decl."). A proposed order is filed herewith, and the proposed subpoenas to be served on Google are attached to this Application as **Exhibits A and B**.

DATED: January 13, 2023

Respectfully submitted,

CONRAD | METLITZKY | KANE LLP

*/s/ William J. Cooper*
Mark R. Conrad
William J. Cooper

CLARE LOCKE LLP
Daniel P. Watkins

*Attorneys for Fredric N. Eshelman*