MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304254)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:     (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conmetkane.com
Email: wcooper@conmetkane.com

DANIEL P. WATKINS* (VA Bar No. 84592)
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Tel:     (202) 628-7407
Email: daniel@clarelocke.com
*Pro Hac Vice Application Forthcoming

Attorneys for Applicant FREDRIC N. ESHELMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>FREDRIC N. ESHELMAN,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | CASE NO. 5:23-MC-80015<br><br>**DECLARATION OF FREDRIC N. ESHELMAN IN SUPPORT OF DR. ESHELMAN'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

## DECLARATION OF FREDRIC N. ESHELMAN

I, Fredric N. Eshelman, make this declaration pursuant to 28 U.S.C. § 1746 supporting the application of myself ("Dr. Eshelman") for a discovery Order pursuant to 28 U.S.C. § 1782 requesting third party discovery from Google LLC ("Google"), to aid foreign litigation in Germany and India. I declare and state as follows:

1. I am a United States citizen, am over the age of 18, am sound of mind, and make this declaration on the basis of my personal knowledge and my review of publicly available information.

2. I earned my Doctor of Pharmacy from the University of Cincinnati and earned a Bachelor of Science from the University of North Carolina. I am a graduate of the Owner/President Management program at Harvard Business School.

3. I went on to found, and was formerly the CEO of, Pharmaceutical Product Development, a research organization providing drug discovery, development, and lifecycle management services.

4. I founded Eshelman Ventures, LLC, an investment company primarily invested in healthcare companies.

5. I have served on the Board of Directors for many pharmaceutical companies and am a major philanthropist, having given over $140 million to charitable causes.

6. On December 4, 2022, I received an email from the alias "terrynewsomee@gmail.com." The email was sent to info@incyclixbio.com (Incylix Bio, Inc.); tplohoros@6degreespr.com (6 Degrees); ir@aravive.com (Aravive); admin@eyenoviabio.com (Eyenovia); info@auventx.com (Auven Therapeutics); info@dignifytherapeutics.com (Dignify Therapeutics); info@cellectivebiotherapy.com (Cellective BioTherapy); hello@jumohealth.com (Jumo Health); media@sapiencetherapeutics.com (Sapience Therapeutics, Inc.); corpdev@sapiencetherapeutics.com (Sapience Therapeutics, Inc.); investors@sapiencetherapeutics.com (Sapience Therapeutics, Inc.); and pr@carbon3d.com (Carbon, Inc.).

7. The December 4, 2022 email is attached as **Exhibit 1**.

8. The accusations in the December 4, 2022 email are false. I have never "abused police resources." In fact, I contacted authorities after learning that four individuals had trespassed onto my private Wyoming property, Elk Mountain Ranch.

1

9. On December 4, 2022, I received a second message from what I believe to be the same person behind the terrynewsomee@gmail.com account. This was sent to me through the contact form on my company's website. A true and accurate transcript of that December 4th voicemail message is attached as **Exhibit 2**.

10. I intend to file defamation suits against the person behind these messages, but I am unable to do so without first knowing the sender's identity.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2023 in Wilmington, North Carolina.

*Fredric N. Eshelman*

# EXHIBIT 1

**From:** Terry Newsome <terrynewsomee@gmail.com>
**Sent:** Sunday, December 4, 2022 6:33:29 PM
**To:** info@incyclixbio.com <info@incyclixbio.com>; tplohoros@6degreespr.com <tplohoros@6degreespr.com>; Aravive IR Relations <ir@aravive.com>; admin@eyenoviabio.com <admin@eyenoviabio.com>; info@auventx.com <info@auventx.com>; info@dignifytherapeutics.com <info@dignifytherapeutics.com>; info@cellectivebiotherapy.com <info@cellectivebiotherapy.com>; hello@jumohealth.com <hello@jumohealth.com>; media@sapiencetherapeutics.com <media@sapiencetherapeutics.com>; corpdev@sapiencetherapeutics.com <corpdev@sapiencetherapeutics.com>; investors@sapiencetherapeutics.com <investors@sapiencetherapeutics.com>; pr@carbon3d.com <pr@carbon3d.com>
**Subject:** Eshelman Ventures (Wilmington NC) and your relationship with them

Hello, I am seeking to inform each of your companies that you should willingly cease partnerships and activities with Eshelman Ventures.

Allow me to explain - Fred Esheman is a piece of shit. I realize this is crude language, but it's important to understand what we're dealing with.

Exhibit A:

He sent $2.5 million dollars to the "Stop The Steal" movement.
https://wyofile.com/corner-crossing-landowner-gave-millions-to-conservatives-conservation/

Exhibit B:
He abused police resources by repeatedly sending game wardens and officers after hunters that were 'corner crossing' into public land.

https://www.wyomingnews.com/news/local_news/prosecutor-seeks-to-drop-new-charges-in-corner-crossing-case/article_811f385b-bf4a-50db-84c8-ae4654d6f8bb.html

Thank you for your time.

# EXHIBIT 2

# Nan Howard

**From:** Terry <terrynewsomee@gmail.com>
**Sent:** Sunday, December 4, 2022 6:18 PM
**To:** Nan Howard
**Subject:** Eshelman Ventures, LLC - Contact Form

## Contact Inquiry

Terry has sent a message via the contact form.

Name: Terry

Company:

Email: terrynewsomee@gmail.com
Telephone: (260) 358-7430

Comments:
I was reading a story about some hunters corner crossing on Eshelman's property and after I did some research on the guy that you work for; discovering that he supported the traitorous 'stop the steal' movement, etc - I guess I have a message for Fred from one American to another. You're a piece of shit and there is no place in heaven for people like you. Fuck you and your family.

1