MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304254)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:     (415) 343-7100
Fax:     (415) 343-7101
Email: mconrad@conmetkane.com
Email: wcooper@conmetkane.com

DANIEL P. WATKINS* (VA Bar No. 84592)
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Tel:     (202) 628-7407
Email: daniel@clarelocke.com
*Pro Hac Vice* Application Forthcoming

Attorneys for Applicant FREDRIC N. ESHELMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of | CASE NO. 5:23-MC-80015 |
| FREDRIC N. ESHELMAN, | |
| Applicant, | **DECLARATION OF DANIEL P. WATKINS IN SUPPORT OF DR. ESHELMAN'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | |

## DECLARATION OF DANIEL P. WATKINS

I, Daniel P. Watkins, make this declaration pursuant to 28 U.S.C. § 1746 supporting the application of Dr. Fredric N. Eshelman ("Dr. Eshelman") for a discovery Order pursuant to 28 U.S.C. § 1782 requesting third party discovery from Google LLC ("Google"), to aid foreign litigation in Germany and/or India. I declare and state as follows:

1.      I am a United States citizen, am over the age of 18, am sound of mind, and make this declaration on the basis of my personal knowledge and my review of publicly available information. My law firm has requested this honorable Court to permit us to serve in this action as counsel of record for Dr. Eshelman on a *pro hac vice* basis.

2.      I am a member in good standing of the bar of the Commonwealth of Virginia. I am a partner at Clare Locke LLP, located at 10 Prince Street, Alexandria, Virginia, 22314.

3.      Petitioner Dr. Eshelman retained my law firm to submit this Application in connection with his contemplated lawsuits in Germany and India against an anonymous person (referred to as "John Doe" or "Doe") who made a defamatory communication about Dr. Eshelman.

4.      The lawsuits arise from a December 4, 2022 email that was sent from a Google email address to a number of Dr. Eshelman's business associates and contacts at leading pharmaceutical and technology companies.[1]

5.      Dr. Eshelman initially retained my law firm to send legal correspondence to Doe, the holder of the anonymous email address, demanding that Doe cease and desist harassing Dr. Eshelman and further publicizing his defamatory allegations about Dr. Eshelman.[2]

6.      I researched the phone number Doe used to call Eshelman Ventures and it returned to a person that died before the messages concerning Dr. Eshelman were sent.

///

///

///

---

[1] A copy of the Defamatory Email is attached to this Declaration as **Exhibit 1**.

[2] A copy of the Cease and Desist is attached to this Declaration as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 13, 2023 in Alexandria, VA.

*Daniel P. Watkins*

Daniel P. Watkins

CASE NO. 5:23-mc-80015          WATKINS DECL. ISO *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782

# EXHIBIT 1

**From:** Terry Newsome <terrynewsomee@gmail.com>
**Sent:** Sunday, December 4, 2022 6:33:29 PM
**To:** info@incyclixbio.com <info@incyclixbio.com>; tplohoros@6degreespr.com <tplohoros@6degreespr.com>; Aravive IR Relations <ir@aravive.com>; admin@eyenoviabio.com <admin@eyenoviabio.com>; info@auventx.com <info@auventx.com>; info@dignifytherapeutics.com <info@dignifytherapeutics.com>; info@cellectivebiotherapy.com <info@cellectivebiotherapy.com>; hello@jumohealth.com <hello@jumohealth.com>; media@sapiencetherapeutics.com <media@sapiencetherapeutics.com>; corpdev@sapiencetherapeutics.com <corpdev@sapiencetherapeutics.com>; investors@sapiencetherapeutics.com <investors@sapiencetherapeutics.com>; pr@carbon3d.com <pr@carbon3d.com>
**Subject:** Eshelman Ventures (Wilmington NC) and your relationship with them

Hello, I am seeking to inform each of your companies that you should willingly cease partnerships and activities with Eshelman Ventures.

Allow me to explain - Fred Esheman is a piece of shit. I realize this is crude language, but it's important to understand what we're dealing with.

Exhibit A:

He sent $2.5 million dollars to the "Stop The Steal" movement.
https://wyofile.com/corner-crossing-landowner-gave-millions-to-conservatives-conservation/

Exhibit B:
He abused police resources by repeatedly sending game wardens and officers after hunters that were 'corner crossing' into public land.

https://www.wyomingnews.com/news/local_news/prosecutor-seeks-to-drop-new-charges-in-corner-crossing-case/article_811f385b-bf4a-50db-84c8-ae4654d6f8bb.html

Thank you for your time.

# EXHIBIT 2



### C L A R E   L O C K E
L L P

**DANIEL P. WATKINS**
daniel@clarelocke.com
(202) 628-7407

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400
www.clarelocke.com

December 7, 2022

CONFIDENTIAL COMMUNICATION
NOT FOR ATTRIBUTION

<u>Sent via Email</u>

"Terry Newsome"
terrynewsomee@gmail.com

Re:    Cease and Desist

Mr. Newsome:

My law firm is litigation counsel to Dr. Fredric N. Eshelman.

It has come to our attention that you have been publishing false accusations about Dr. Eshelman, including the claim that he violated the law by "abus[ing] police resources" in Wyoming.  These statements are demonstrably false and defamatory *per se*, and you have irreparably harmed Dr. Eshelman by publishing them to some of his closest business associates and professional contacts at leading pharmaceutical and technology companies.  This exposes you to significant legal liability.  In addition to defaming him, you have also made veiled threats against Dr. Eshelman and his family.  We demand that you immediately cease and desist harassing Dr. Eshelman or further publicizing your libelous falsehoods.

As you know, your accusations are completely baseless.  Far from abusing police resources, Dr. Eshelman contacted the authorities after learning that three interlopers trespassed at his Wyoming property, Elk Mountain Ranch.  Based on this wrongdoing, prosecutors then filed criminal charges against the three men a short time later.  These facts are a matter of public record, and there is no indication or suggestion, whatsoever, that Dr. Eshelman's conduct was somehow improper.  But you intentionally disregarded these facts and falsely accused Dr. Eshelman of abusing public resources to disparage him and damage his professional standing.

Dr. Eshelman has worked hard for his entire life to build the very relationships that you have unlawfully assaulted.  Over the past eight decades he has earned a reputation as a responsible and ethical businessman and citizen.  And he will not tolerate additional unlawful and unmerited attacks against his good name.  Consequently, Dr. Eshelman is prepared to defend his family and his



reputation to the fullest extent permitted under the law.  This includes by filing suit against you and issuing a subpoena to Google to obtain information sufficient to reveal your identity and location.

***

We trust that you will treat this matter with the seriousness Dr. Eshelman deserves.  With this letter, Dr. Eshelman further demands that you preserve all documents, emails, text messages, correspondence, and all other data related to your false accusations and harassment campaign against him.  To avoid doubt, this letter constitutes a formal demand for retraction under all relevant rules of court and statutory provisions.


Regards,

*Daniel P. Watkins*

Daniel P. Watkins