MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304254)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conmetkane.com
Email: wcooper@conmetkane.com

DANIEL P. WATKINS* (VA Bar No. 84592)
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Tel:   (202) 628-7407
Email: daniel@clarelocke.com
*Pro Hac Vice Application Forthcoming

Attorneys for Applicant FREDRIC N. ESHELMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>FREDRIC N. ESHELMAN,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | CASE NO. 5:23-MC-80015<br><br>**[PROPOSED] ORDER GRANTING DR. ESHELMAN'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

# [PROPOSED] ORDER

This matter comes before the Court on Dr. Fredric N. Eshelman's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (the "Application"), seeking discovery from Google LLC ("Google") in connection with contemplated legal proceedings in Germany and India.

The Court, having fully considered the Application, and good cause appearing, **HEREBY GRANTS** the Application.

**IT IS HEREBY ORDERED** that:

Dr. Fredric N. Eshelman is granted leave to issue a subpoena for a deposition and a subpoena for certain documents to Google, in a form substantially similar to the subpoenas attached as **Exhibit A** and **Exhibit B**, respectively, to the Application.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                         United States District Judge