MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304254)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conmetkane.com
Email: wcooper@conmetkane.com

DANIEL P. WATKINS* (VA Bar No. 84592)
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Tel:   (202) 628-7407
Email: daniel@clarelocke.com
*Pro Hac Vice Application Forthcoming

Attorneys for Applicant FREDRIC N. ESHELMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>FREDRIC N. ESHELMAN,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | CASE NO. 5:23-MC-80015<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

1  Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Applicant Fredric N. Eshelman
2  certify that, other than the named parties, there are no known persons, associations of persons, firms,
3  partnerships, corporations (including parent corporations) or other entities that (i) have a financial interest
4  in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in
5  that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

6

7  DATED: January 13, 2023                              Respectfully submitted,

8                                                       CONRAD | METLITZKY | KANE LLP

9                                                       */s/ William J. Cooper*
10                                                      Mark R. Conrad
                                                        William J. Cooper
11
                                                        CLARE LOCKE LLP
12                                                      Daniel P. Watkins

13
                                                        *Attorneys for Fredric N. Eshelman*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28