United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of Frederic N. Eshelman,<br><br>Applicant. | Case No.   23-mc-80015-SVK<br><br>**ORDER TO CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION**<br><br>Re: Dkt. No. 1 |

Frederic N. Eshelman has filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 authorizing service of subpoenas for documents and a deposition on Google LLC ("Google"). Dkts. 1-2, 1-3. In light of the Ninth Circuit's ruling in *CPC Patent Technologies v. Apple*, the Court **ORDERS** as follows:

1). The parties to this application, Frederic N. Eshelman and Google may consent or decline the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) no later than **February 14, 2023**. *See CPC Patent Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801 (9th Cir. 2022). The United States District Court for the Northern District of California maintains a standard form for parties to complete in cases assigned to a magistrate judge: https://www.cand.uscourts.gov/wp-content/uploads/forms/civil-forms/Notice_of_MJ_Assignment_Election_Form.pdf. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2). If this Court does not receive the consent of both parties by the deadline, the matter will be reassigned to a district judge.

///

///

///

2). Eshelman must serve Google with this Order and his proposed subpoenas by **January 31, 2023**, and file a proof of service promptly after he has done so.

**SO ORDERED.**

Dated: January 17, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge