PAUL ALAN LEVY, (D.C. Bar No. 946400)
(*pro hac vice* application forthcoming)
plevy@citizen.org
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, D.C. 20009
Telephone: (202) 588-7725

MATTHEW T. CAGLE (CA Bar No. 286101)
mcagle@aclunu.org
HANNAH M. KIESCHNICK (CA Bar No. 319011)
hkieschnick@aclunc.org
NICOLAS A. HIDALGO (CA Bar No. 339177)
nhidalgo@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478

*Attorneys for Movant J. Doe*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF DR. FREDRIC ESHELMAN FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782,<br><br>Movant J. Doe | Case No. 5:23-mc-80015-EJD<br><br>**DECLARATION OF PAUL ALAN LEVY IN SUPPORT OF MOTION TO QUASH SUBPOENAS**<br><br>Hearing Date: Thursday, August 24, 2023<br>Time: 9:00 A.M.<br>Judge: Hon. Edward J. Davila, Courtroom 4, 5th Floor |

1. My name is Paul Alan Levy. I am counsel for movant Doe.

2. I have in my possession a soft copy of the signed declaration of Doe, which Doe dated (6/19) and signed by hand in Doe's real name, not Doe's pseudonym. I have redacted Doe's name as well as the date and signature to protect Doe's anonymity. The redacted declaration is attached. I am expecting the signed original in the mail, and I'll keep that in my files.

3. I have corresponded with Doe about the declaration using the email address terrynewsomee@gmail.com. Doe forwarded to me, from that address, the notice of subpoena that Google sent to that email address, as well as an electronic copy of the fully signed declaration. I am, therefore, confident that the person who signed the declaration is the Doe whose identifying information is the subject of this subpoena proceeding.

4. I have examined the websites of the companies whose email addresses are listed in paragraph 6 of the Declaration of Frederic Eshelman, using URL's whose domain names correspond to the email addresses. Most of the companies are on the "Our Portfolio" page of Eshelman Ventures, https://www.eshelmanventures.com/portfolio, with links to those companies' web sites. When the web site did not appear to show the company's location, I looked elsewhere. Web pages for the various companies, or other resources, indicate that each is located in the following state or country:

| Company | Location | URL |
|---|---|---|
| Incyclix Bio | North Carolina | https://incyclixbio.com/contact-us/ |
| 6 Degrees | India | http://www.sixdegreespr.in/ |
| Aravive | Texas | https://aravive.com/contact/ |
| Eyenovia | New York | https://eyenovia.com/about/ |
| Auven Therapeutics | Florida and Virgin Islands | http://www.auventx.com/auven/contact/contact.php |
| Dignify Therapeutics | North Carolina | https://dignifytherapeutics.com/contact-us/ |
| Cellective BioTherapy | North Carolina | http://cellectivebiotherapy.com/contact-us/ |

| | | |
|---|---|---|
| Sapience Technologies | New York | https://sapiencetherapeutics.com/contact/ |
| Jumo Health | New York | https://www.cbinsights.com/company/medikidz |
| Carbon (Carbon3D) | California | https://www.carbon3d.com/about |

5.  I could not find any indication that Carbon is a German company, or that the email address pr@carbon3d.com goes to any Carbon staffer located in Germany. Carbon's contact page lists pr@carbon3d.com as the email address for media inquiries, and pr@carbon3d.com appears on press releases as the email address for Josie Urwin. *E.g.*, https://www.carbon3d.com/news/press-releases/carbon-announces-labor-saving-solutions-for-dental-labs-at-lab-day-chicago. Josie Urwin's LinkedIn page indicates that, at the time Doe sent their email, she was based in the San Francisco Bay Area. https://www.linkedin.com/in/josie-urwin-61694074/.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.   Executed on June 20, 2023.

/s/ Paul Alan Levy