Paul A. Levy, D.C. Bar No. 946400
(Application for Admission *PHV* Forthcoming)
plevy@citizen.org
**Public Citizen Litigation Group**
1600 20th Steet, NW
Washington, D.C. 20009
Telephone: (202) 588-7725

Matthew T. Cagle, CA Bar No. 286101
mcagle@aclunu.org
Hannah M. Kieschnick, CA Bar No. 319011
hkieschnick@aclunc.org
Nicolas A. Hidalgo, CA Bar No. 339177
nhidalgo@aclunc.org
**American Civil Liberties Union Foundation of Northern California**
39 Drumm Street,
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Movant J. Doe*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *IN RE EX PARTE APPLICATION OF DR. FREDRIC ESHELMAN FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782,*<br><br>Movant J. Doe | Case No. 5:23-mc-80015-EJD<br><br>**DECLARATION OF MOVANT [redacted] IN SUPPORT OF MOTION TO QUASH SUBPOENAS**<br><br>Hearing Date: To be determined<br>Time: To be determined<br>Judge: Hon. Edward J. Davila, Courtroom 4, 5th Floor |

**DECLARATION OF [redacted]**

1. My name is [redacted]. This affidavit is made in support of my motion to quash the subpoena to Google seeking to identify me.

2. I do not know Frederic Eshelman personally, nor do I have a business relationship with him. I first heard of Eshelman on the internet, where I learned about his dispute with hunters in Wyoming crossing his land. I then learned that he had donated $2.5 million to efforts related to the "Stop the Steal" movement, designed to overturn Donald Trump's loss in the 2020 election.

3. Using the email address "terrynewsomee@gmail.com," I sent an email to publicly listed business associates of Eshelman about his dispute with hunters in Wyoming and his involvement in the "Stop the Steal" movement. I found these email addresses using publicly available sources. I understand that my description of and reference to the Wyoming dispute is the subject of potential defamation actions that Eshelman says he plans to file in Germany and India.

4. On December 7, 2022, I received a demand letter from Eshelman's lawyer, Daniel Watkins, sent to the terrynewsomee@gmail.com email address. A copy of that demand letter is attached as **Exhibit A**.

5. That same day, I responded to that email with an explanation for the opinions I had expressed about Eshelman. My email responses are attached as **Exhibit B**.

6. I recently received an email notice from Google sent to the terrynewsomee@gmail.com email address, informing me that Google may need to produce information relating to my account if I did not move to quash Eshelman's

subpoenas or file another type of formal objection with this Court. A copy of that notice is attached as **Exhibit C**.

7. I am, as **Exhibit B** indicates, an American citizen living in the United States.

8. I do not know any lawyers in India or Germany. I do not know how I could possibly defend myself if Eshelman were to sue me there. If he were to sue me in North Carolina rather than in a foreign country, although it would be hard for me to afford a lawyer, I would at least hope to be able to find a free-speech oriented local lawyer who might be willing to defend me pro bono or at a reduced charge.

9. The community I live in is in a very conservative region of the United States. This area is considered "Trump Country." If I were identified as having sent the email expressing critical views of the many people who claim that Trump really won the election in 2020, I am worried that the disclosure might affect me economically and socially. Indeed, in our polarized society and state, violence against people deemed to be on the wrong side politically is not out of the question.

10. Considering that my email about Eshelman simply expressed my opinion about a controversy that had been covered in the media, I am asking the Court not to let Eshelman compel disclosure of my identity, putting me to the burden of defending abroad in the courts, and at home against hostile people in my community.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: [redacted], 2023 [redacted signature]

# EXHIBIT A




DANIEL P. WATKINS
daniel@clarelocke.com
(202) 628-7407

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400
www.clarelocke.com

December 7, 2022

**CONFIDENTIAL COMMUNICATION**
**NOT FOR ATTRIBUTION**

**Sent via Email**

"Terry Newsome"
terrynewsomee@gmail.com

**Re: Cease and Desist**

Mr. Newsome:

My law firm is litigation counsel to Dr. Fredric N. Eshelman.

It has come to our attention that you have been publishing false accusations about Dr. Eshelman, including the claim that he violated the law by "abus[ing] police resources" in Wyoming. These statements are demonstrably false and defamatory *per se*, and you have irreparably harmed Dr. Eshelman by publishing them to some of his closest business associates and professional contacts at leading pharmaceutical and technology companies. This exposes you to significant legal liability. In addition to defaming him, you have also made veiled threats against Dr. Eshelman and his family. We demand that you immediately cease and desist harassing Dr. Eshelman or further publicizing your libelous falsehoods.

As you know, your accusations are completely baseless. Far from abusing police resources, Dr. Eshelman contacted the authorities after learning that three interlopers trespassed at his Wyoming property, Elk Mountain Ranch. Based on this wrongdoing, prosecutors then filed criminal charges against the three men a short time later. These facts are a matter of public record, and there is no indication or suggestion, whatsoever, that Dr. Eshelman's conduct was somehow improper. But you intentionally disregarded these facts and falsely accused Dr. Eshelman of abusing public resources to disparage him and damage his professional standing.

Dr. Eshelman has worked hard for his entire life to build the very relationships that you have unlawfully assaulted. Over the past eight decades he has earned a reputation as a responsible and ethical businessman and citizen. And he will not tolerate additional unlawful and unmerited attacks against his good name. Consequently, Dr. Eshelman is prepared to defend his family and his



reputation to the fullest extent permitted under the law. This includes by filing suit against you and issuing a subpoena to Google to obtain information sufficient to reveal your identity and location.

***

We trust that you will treat this matter with the seriousness Dr. Eshelman deserves. With this letter, Dr. Eshelman further demands that you preserve all documents, emails, text messages, correspondence, and all other data related to your false accusations and harassment campaign against him. To avoid doubt, this letter constitutes a formal demand for retraction under all relevant rules of court and statutory provisions.

Regards,

Daniel P. Watkins

Daniel P. Watkins

# EXHIBIT B

**Subject:** FW: Cease and Desist

**Subject: Cease and Desist**
------------------------

From: **Daniel Watkins** <daniel@clarelocke.com>
Date: Wed, Dec 7, 2022 at 11:39 AM
To: terrynewsomee@gmail.com <terrynewsomee@gmail.com>
Cc: Kathryn Humphrey <kathryn@clarelocke.com>, Hannah Menchel <hannah@clarelocke.com>

Good Morning:

Please see the attached letter, sent on behalf of Dr. Fredric N. Eshelman.

We await your prompt response.

Regards,

Daniel P. Watkins | Partner

**C L A R E L O C K E L L P**

10 Prince Street | Alexandria, Virginia 22314

(202) 628-7407 - direct | (804) 426-9454 - cell

daniel@clarelocke.com | www.clarelocke.com

----------
From: **Terry Newsome** <terrynewsomee@gmail.com>
Date: Wed, Dec 7, 2022 at 1:10 PM
To: Daniel Watkins <daniel@clarelocke.com>

My comments cannot be interpreted as defamatory as they are merely my own opinion. It's my personal opinion that Fred Eshelman is a traitor to my country and I feel that those who do business with him should be aware of what he does with his political influence.

We'll see in a few weeks whether or not Fred has truly abused police resources. He DID send $2.5 million to the "Stop The Steal" movement, a movement that sought to overturn our Democracy.

These are public record:

> “Do they realize how much money my boss has … and property?” Grende said.

> Despite ranch manager Grende’s urgings, the Game and Fish and Sheriff’s officers who met with him last Oct. 1 did not cite the four Missouri hunters who were camped nearby. In a 16-minute conversation recorded on Sheriff Deputy Alex Brakken’s body camera, he and Wyoming Game and Fish officer Jake Miller explained their agencies’ positions to not cite people who corner cross.

> Several days later, however, at Davis’s behest, another deputy returned to the roadside camp on public U.S. Bureau of Land Management property and wrote the four men up. He cited hunters Zachary Smith, Phillip Yeomans, Bradly Cape and John Slowensky for criminal trespass, a misdemeanor that carries a maximum six-month sentence and $750 fine.

I am not going to send any more e-mails about Fred because I have said my piece and he's not worth my time anymore.

----------
From: **Terry Newsome** <terrynewsomee@gmail.com>
Date: Wed, Dec 7, 2022 at 3:05 PM
To: Daniel Watkins <daniel@clarelocke.com>

https://law.lis.virginia.gov/vacode/title8.01/chapter3/section8.01-223.2/

Do not contact me again. There is no veiled threat in saying "fuck Fred." I just don't like him.

# EXHIBIT C

**Subject:** RE: Subpoena Notice From Google (Internal Ref. No. 29944513)

---------- Forwarded message ---------
From: <google-legal-support@google.com>
Date: Mon, May 22, 2023 at 6:15 PM
Subject: Subpoena Notice From Google (Internal Ref. No. 29944513)
To: <TERRYNEWSOMEE@gmail.com>, <passiveinteractive@gmail.com>

Hello,

Google has received a subpoena for information related to your Google account in a case entitled In re Ex Parte Application of Fredric N. Eshelman, United States District Court, Northern District of California, 5:23-mc-80015-SVK.

This email serves as notice to you that Google may produce information related to your Google account in response to this subpoena unless you email a file-stamped copy of a motion to quash or other type of formal objection to google-legal-support@google.com by 10 a.m. Pacific Time on June 21, 2023.

To make sure that we receive a copy of what you filed with the court, please attach it in reply to this email. Please also include in your reply our Google Internal Reference No. 29944513.

Google, however, cannot give you legal advice about this matter or advise you on what to do here. If you have questions about the subpoena, you can contact an attorney or contact the party or the lawyer who served the subpoena on Google at:

William J. Cooper

Conrad Metlitzky Kane LLP

Four Embarcadero Center, Suite 1400

San Francisco, California 94111

415-343-7100

Regards,

Google Legal Investigations Support

Google Internal Ref. No. 29944513

**You received this announcement to update you about important information in regards to your Google account.**
**© 2019 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA**