UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF DR. FREDRIC ESHELMAN FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782,<br><br>Movant J. Doe | Case No. 5:23-mc-80015-EJD<br><br>**[PROPOSED] ORDER GRANTING MOVANT J. DOE'S MOTION TO QUASH**<br><br>Judge: Hon. Edward J. Davila, Courtroom 4, 5th Floor |

**[PROPOSED] ORDER**

The Court, having considered Movant J. Doe's Motion to Quash, the pleadings herein, the papers filed in support of the motion, and any oral argument, now hereby, ORDERS that Movant J. Doe's Motion to Quash is GRANTED. The subpoenas issued to Google LLC by Dr. Fredric Eshelman in the above-captioned matter are hereby QUASHED.

DATED: _____, 2023

Hon. Judge Edward J. Davila
United States District Judge