Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Kim Y. Ng, Bar No. 335222
KNg@perkinscoie.com
Saroop Kaur Sandhu, Bar No. 341475
SSandhu@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

Attorneys for Non-Party and Respondent
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of Fredric N. Eshelman,<br><br>              Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. 5:23-mc-80015-EJD<br><br>**DECLARATION OF KIM Y. NG IN SUPPORT OF GOOGLE LLC'S MOTION TO QUASH**<br><br>Date:      August 24, 2023<br>Time:     9:00 a.m.<br>Courtroom: 4, 5th Floor<br>Judge:    Edward J. Davila |

I, Kim Y. Ng, hereby declare as follows:

1. I am an attorney at the law firm of Perkins Coie LLP and counsel of record for Non-Party and Respondent Google LLC ("Google") in this action. I make this declaration based upon personal knowledge, and if called upon to do so, I could and would testify competently to the facts set forth herein.

2. On May 10, 2023, Applicant Dr. Fredric Eshelman ("Applicant") served a copy of a subpoena seeking identifying information for a specific Gmail account (the "Subpoena") and the Court's Order granting Applicant's *Ex Parte* Application (the "Order") on Google. Attached as **Exhibit A** is a true and correct copy of the Subpoena and Order.

3. Pursuant to the Order, on May 22, 2023, Google provided notice of both the Subpoena and the Order to the account holder targeted by the Subpoena.

4. Attached as **Exhibit B** is a true and correct copy of the webpage for a Wyoming Tribune Eagle article, which was retrieved from https://www.wyomingnews.com/rawlinstimes/news/prosecutor-seeks-to-drop-new-charges-in-corner-crossing-case/article_871e1786-86a2-59b1-ad80-49cefa46a731.html, and is a redirected page for the weblink https://www.wyomingnews.com/news/local_news/prosecutor-seeks-to-drop-new-charges-in-corner-crossing-case/article_811f385b-bf4a-50db-84c8-ae4654d6f8bb.html (last accessed Jun. 21, 2023).

5. Attached as **Exhibit C** is a true and correct copy of correspondence between counsel for Applicant and counsel for Google.

6. Attached as **Exhibit D** is a true and correct copy of the "Our Team" webpage for the company 6 Degrees PR (6degreespr.com), which was retrieved from https://www.6degreespr.com/our-team (last accessed Jun. 21, 2023).

7. Attached as **Exhibit E** is a true and correct copy of the webpage for a press release from the company Carbon (www.carbon3d.com), which was retrieved from https://www.carbon3d.com/news/press-releases/carbon-announces-labor-saving-solutions-for-dental-labs-at-lab-day-chicago (last accessed Jun. 21, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 21, 2023                                          **PERKINS COIE LLP**

                                                              By:  /s/ Kim Y. Ng
                                                                   Julie E. Schwartz
                                                                   Kim Y. Ng
                                                                   Saroop Kaur Sandhu

                                                              Attorneys for Non-Party and Respondent
                                                              Google LLC