# Exhibit B


Wyomingnews.com | Laramie Boomerang | Case 5:25-nc-80015-EJD | Document 23-3 | Reboots Times | Filed 06/21/23 | Page 2 of 2 | Wyoming Business Report | WyoSports.net

 View latest E-Edition
Rawlins Times
 How-To Guide



Wednesday, June 21, 2023    75°

| Home | News | Record | Special Sections | Sports | Calendar | Classifieds | Jobs | Opinion |    Sign Up  Log In  Subscribe



## News

FEATURED

# Prosecutor seeks to drop new charges in corner-crossing case

By Angus M. Thuermer Jr. WyoFile.com

Via Wyoming News Exchange    May 11, 2022    Comments

Carbon County Prosecutor Ashley Mayfield Davis has asked Carbon County Circuit Court Judge Susan Stipe to dismiss a second round of indictments against three Missouri hunters whom a jury found not guilty of corner crossing.

Mayfield Davis filed the motion to dismiss criminal trespass and trespassing to hunt charges against Brad Cape, Zach Smith and Phillip Yeomans on May 4, according to court documents. The judge has not yet signed an order dismissing the new charges as requested, but is expected to next week, a clerk at the court in Rawlins said.

A Carbon County jury found the three men, plus companion John Slowensky, not guilty on April 29 of a 2021 corner crossing incident at the Elk Mountain Ranch owned by North Carolina resident Fred Eshelman. Just before the trial started, Mayfield Davis served three of the men with a summons to appear at an arraignment on similar charges, but relating to a hunting excursion in 2020.

Mayfield Davis wants that arraignment canceled and the 2020 charges dismissed.

"The essential facts in this matter were considered by the Jury," the motion reads. "Therefore, rather than submitting the same evidence to another Jury, the State believes a dismissal would be in the interest of judicial economy and would ask the Court to dismiss the Information [charges] without prejudice."

Without prejudice means the case could be filed again.

Corner crossing is the act of stepping from one piece of public property to another at the common of four private pieces, all arranged in a checkerboard pattern. The hunters, in both 2020 and 2021 instances, said they never touched Eshelman's private land when they corner crossed during the two hunting seasons.

Their trial for the 2021 incident lasted three days. A three-woman, three-man jury found them not guilty of criminal trespass — and an alternate charge of trespassing-to-hunt — in fewer than two hours. The defendants did not testify.

In her motion, Mayfield Davis laid out a timeline for the second round of charges — those for the 2020 incident she now wants dismissed.

The prosecutor's office first alleged the 2020 trespass on April 13, 2022, before the trial on the 2021 incident began, the motion says. The office filed those charges in response to the hunters' request to dismiss their 2021 case.

The information from 2020 corner crossing was to be used, and was used, in the trial for the 2021 incident, the motion says.

Just before jury selection began in last month's trial, a Carbon County Sheriff's Office deputy served three of the men with summons for new charges. It asked them to appear at a June 6 arraignment in Rawlins.

Mayfield Davis' latest motion asks that the judge vacate that scheduled arraignment.

The men killed one elk in 2020 and two elk and a deer in 2021, court documents state. Eshelman's Iron Bar Holdings owns the Elk Mountain Ranch that stretches across more than 20,000 of Carbon County's Elk Mountain.

Across the West, some 8.3 million acres of public land are "landlocked" by any definition that corner crossing is illegal. A separate civil case, brought by Eshelman, is being considered in federal court where federal public land access laws could come into play.

The checkerboard pattern of land ownership — a construct of the railroad building era — makes accessing public BLM and Wyoming School Trust land difficult without trespassing or corner crossing. The men used a Global Positioning Satellite map app to locate surveyed section-corner monuments before they corner crossed, testimony and evidence showed.

They documented each monument and crossing point digitally, according to court documents and testimony. In 2021, they used a fence ladder to climb over two T-posts — driven in the two separate Elk Mountain Ranch sections and chained together — to go from one BLM section to another without setting foot on private land.

Mayfield Davis argued that passing through the airspace above Eshelman's property constituted trespass.

WyoFile is an independent nonprofit news organization focused on Wyoming people, places and policy.

### Sidebar



Trending Now

1. New Carbon County Sheriff's Office detention deputy sworn in
2. 2023 Music in the Park Concert Series kicks off this week!
3. City of Rawlins water restrictions loosened
4. Rawlins City Council approved FY 2023-2024 municipal budget
5. Rawlins wins $500K for brownfield revitalization


Community Connections


Latest E-Edition
Rawlins Times
 How-To Guide


Women of Influence — Nominations Open


WyoSports Updates
Sign Up To Get The Latest Sports Articles In Your Inbox
Email
SIGN UP


Just want UW Sports?
Email
SIGN UP

Latest e-Edition

Rawlins eTimes
View our latest e-Edition click the image on the left.

Latest Special Section

Capitol Avenue Bronze Project
To view our latest Special Section click the image on the left.

### Around The Web

 Two Washington Banks Paying Record High Interest - See the List  Georgia Pro
 Finally Legal: "The Best Pain Reliever" Now Available In Washington  HealthMore News
 Will Medicare Cover the Cost of a Walk in Tub?  The Senior Scoop
 Man Who Escaped Alcatraz Sends FBI Letter After Being Free for 50 Years  Explored Planet
 The 30 Worst Classic Cars of All Time, Ranked in Order  Brake For It
 40 Abandoned Disney Attractions You Never Knew Existed  Taco Relish
 Locate Anyone by Entering Their Name [It's Addicting]  Been Verified
 Cat Jumps into a Bear Enclosure and Just Chills  Give It Love
 [Gallery] the Oldest Stars Who Are Still Living in 2022  TimeBump


Rawlins City Council (ad)


Sponsored

Use This Military Invention For 20 Minutes Per Day And Watch Your Stomach Shrink   Experts Say This Drugstore "Botox Alternative" Is Actually Worth It




Thousands of patriotic Americans are ditching Gmail for this private Email...   Women Sleeps With Python Every Night - Then Vet Showed The Ultrasound...   23 Feral Facts About Early Humans We Rather Not Know

Wyoming News Comment Policy
Any and all relevant comments to our stories will be posted. Please stay on topic and refrain from vulgar terms.
Please read our Comment Policy before commenting.    Got it

0 Comments        Login

Best  Newest  Oldest

Be the first to comment.

Subscribe  Privacy  Do Not Sell My Data    DISQUS

Sponsored
 Experts Say This Drugstore "Botox In A Bottle" Is Actually Worth It  Vibriance
 Take A Look Inside Whoopi Goldberg's Exquisite Home  BonVoyageur.com

 The Truth About Keeping Muscle Mass After Age 50  advancedbionutritionals.com
 The Most Wanted Comfy Orthopedic Sandals In Summer 2023  HOT SALE
 Unsold 2020 Luxury SUVs Now Almost Being Given Away (See Prices)  TopLuxurySUVs|Ads

comments powered by Disqus

APG MEDIA of the ROCKIES LLC

Sections: Home, News, Coronavirus, Record, Special Sections, Sports, Calendar, Classifieds, Opinion, Weather

Services: Online Services, Contact Us, Letter to the Editor, Obituary Announcement, Promote Your Event, Subscription Services, APG Reader Perks, Carrier Application

© Copyright 2023 Wyoming Tribune Eagle 702 W. Lincolnway, Cheyenne, WY 82001 | Terms of Use | Privacy Policy    Powered by BLOX Content Management System from BLOX Digital.