# Exhibit C

| | |
|---|---|
| **From:** | Daniel Watkins |
| **To:** | Ng, Kim (PAO) |
| **Cc:** | mconrad@conmetkane.com; wcooper@conmetkane.com; Hannah Menchel; Schwartz, Julie (SEA); Sandhu, Saroop (PAO) |
| **Subject:** | Re: Eshelman - Ex Parte Application (Case No. 5:22-mc-80015 (N.D. Cal.)) |
| **Date:** | Tuesday, May 16, 2023 6:59:44 AM |

Good Morning:

Confirmed. We reserve the right to serve the subpoena in the future but we expect that the document production will provide the information we need to proceed against the tortfeasor.

Kind regards,

Daniel

Daniel P. Watkins | Partner
**C L A R E   L O C K E   L L P**
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7407 - direct | (804) 426-9454 - cell
daniel@clarelocke.com | www.clarelocke.com

---

**From:** Ng, Kim (PAO) <KNg@perkinscoie.com>
**Date:** Monday, May 15, 2023 at 7:49 PM
**To:** Daniel Watkins <daniel@clarelocke.com>
**Cc:** mconrad@conmetkane.com <mconrad@conmetkane.com>, wcooper@conmetkane.com <wcooper@conmetkane.com>, Hannah Menchel <hannah@clarelocke.com>, Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>, Sandhu, Saroop (PAO) <SSandhu@perkinscoie.com>
**Subject:** RE: Eshelman - Ex Parte Application (Case No. 5:22-mc-80015 (N.D. Cal.))

Hello Daniel,

Can you confirm whether you are proceeding with the deposition subpoena? Only the documents subpoena has been served.

Thanks,
Kim

**Kim Ng | Perkins Coie LLP**
ASSOCIATE
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4357
F. +1.650.838.4350
E. KNg@perkinscoie.com

---

**From:** Ng, Kim (PAO)

**Sent:** Wednesday, May 10, 2023 5:49 PM
**To:** Daniel Watkins <daniel@clarelocke.com>
**Cc:** mconrad@conmetkane.com; wcooper@conmetkane.com; Hannah Menchel <hannah@clarelocke.com>; Schwartz, Julie (SEA) <JSchwartz@perkinscoie.com>; Sandhu, Saroop (PAO) <SSandhu@perkinscoie.com>
**Subject:** RE: Eshelman - Ex Parte Application (Case No. 5:22-mc-80015 (N.D. Cal.))

[adding Julie Schwartz]

Hello Daniel,

We are authorized to accept service of this subpoena on behalf of Google. We will treat today as the effective date of service. Thank you for forwarding these along.

Kim

**Kim Ng | Perkins Coie LLP**
ASSOCIATE
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4357
F. +1.650.838.4350
E. KNg@perkinscoie.com

---

**From:** Daniel Watkins <daniel@clarelocke.com>
**Sent:** Wednesday, May 10, 2023 1:08 PM
**To:** Schwartz@perkinscoie.com; Ng, Kim (PAO) <KNg@perkinscoie.com>; Sandhu, Saroop (PAO) <SSandhu@perkinscoie.com>
**Cc:** mconrad@conmetkane.com; wcooper@conmetkane.com; Hannah Menchel <hannah@clarelocke.com>
**Subject:** Eshelman - Ex Parte Application (Case No. 5:22-mc-80015 (N.D. Cal.))

Good Afternoon:

I write on behalf of Dr. Fred Eshelman related to his § 1782 petition to subpoena Google in case number 5:22-mc-80015, currently pending in the Northern District of California. The court granted Dr. Eshelman's request yesterday afternoon. The order is attached for your review. I have also included a copy of the document subpoena referenced in the court's order.

Can you let us know if you accept service on Google's behalf?

Kind regards,

Daniel

Daniel P. Watkins | Partner
**C L A R E   L O C K E   L L P**
10 Prince Street | Alexandria, Virginia 22314

(202) 628-7407 - direct | (804) 426-9454 - cell
daniel@clarelocke.com | www.clarelocke.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.