# Exhibit D



Home     Our Services     Our Clients     Our Team     Contact Us

# Our Team

The 6 Degrees team is comprised of highly experienced, detail-oriented, animal-loving communications professionals who are passionate about telling our clients' stories. We also tap into the expertise of our world-class consultants to deliver superior results.



## Tony Plohoros
Principal

Tony has accumulated a track record of superior results as a strategist, company spokesperson and counselor to senior management over more than 30 years. He has created and executed communication programs that drive business results in multiple industries, including healthcare, financial services and B2B. And he has guided companies through most every type of event, including M&A, IPOs, product launches / withdrawals, litigation and C-suite turnover. Since founding 6 Degrees in 2007, clients have relied on Tony and his team to aid their financing, business development, marketing and hiring efforts. In addition to his day job, Tony currently serves on the board of directors of the Friedreich's Ataxia Research Alliance (FARA) and watches his beloved Syracuse Orange basketball team whenever possible. Tony earned an MBA from New York University's Stern School of Business, and a BA in Public Relations at Syracuse University's Newhouse School of Communications. He also served as an adjunct professor at New York University's M.S. in Public Relations and Communications program from 2006 until 2011. Tony lives in the western Philly suburbs with his family, including two dogs. *Connect with Tony on LinkedIn*

## Annie Spinetta



## Gina Cestari


## Heather Anderson



## Lauren Colella


## Debbie Freeman



## Julia Clements


## Sarah Hall


## Chris Bowe


### Best Pets Ever


Chance


Sadie

Roo


Lisa

Our Services     Our Clients     Our Team     Contact Us




©2023 6 Degrees all rights reserved     Privacy Policy