1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
3  1201 Third Avenue, Suite 4900
   Seattle, Washington 98101-3099
4  Telephone: +1.206.359.8000
   Facsimile:  +1.206.359.9000
5
6  Kim Y. Ng, Bar No. 335222
   KNg@perkinscoie.com
7  Saroop Kaur Sandhu, Bar No. 341475
   SSandhu@perkinscoie.com
8  PERKINS COIE LLP
   3150 Porter Drive
9  Palo Alto, California 94304-1212
10 Telephone: +1.650.838.4300
   Facsimile:  +1.650.838.4350
11
   Attorneys for Non-Party and Respondent
12 Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of Fredric N. Eshelman, <br><br>           Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. 5:23-mc-80015-EJD <br><br> **NON-PARTY AND RESPONDENT GOOGLE LLC'S [PROPOSED] ORDER GRANTING MOTION TO QUASH** <br><br> Date:        August 24, 2023 <br> Time:       9:00 a.m. <br> Courtroom: 4, 5th Floor <br> Judge:      Edward J. Davila |

1     The Court, having considered Non-party and Respondent Google LLC's ("Google")
2 Motion to Quash the Subpoena, the pleadings herein, the papers filed in support of the motion,
3 and any oral argument, now hereby **GRANTS** Google's Motion to Quash.
4
5 DATED: _____, 2023
6
7
                                                                                                        _____
8                                                                                              JUDGE EDWARD J. DAVILA
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28