1  WILLIAM J. COOPER (CA Bar No. 304254)
   **CONRAD | METLITZKY | KANE LLP**
2  Four Embarcadero Center, Suite 1400
   San Francisco, CA 94111
3  Tel:    (415) 343-7100
   Email: wcooper@conmetkane.com

4  DANIEL P. WATKINS (*pro hac vice*)
   **CLARE LOCKE LLP**
5  10 Prince Street
   Alexandria, VA 22314
6  Tel:    (202) 628-7407
   Email: daniel@clarelocke.com
7
   *Attorneys for Dr. Fredric N. Eshelman*
8

   PAUL ALAN LEVY (*pro hac vice*)
   **PUBLIC CITIZEN LITIGATION GROUP**
   1600 20th Street, NW
   Washington, DC 20009
   Tel: (202) 588-7725
   Email: plevy@citizen.org

   MATTHEW T. CAGLE (CA Bar No. 286101)
   HANNAH KIESCHNICK (CA Bar No. 319011)
   NICOLAS A. HIDALGO (CA Bar 339177)
   **ACLU FOUNDATION OF NORTHERN
   CALIFORNIA**
   39 Drumm Street
   San Francisco, CA 94111
   Tel: (415) 621-2493
   Email: mcagle@aclunc.org
   Email: hkieschnick@aclunc.org
   Email: nhidalgo@aclunc.org

   *Attorneys for J. Doe*

   Julie E. Schwartz (CA Bar No. 260624)
   Kim Y. Ng (CA Bar No. 335222)
   **PERKINS COIE LLP**
   1201 Third Avenue, Suite 4900
   Seattle, WA 98101
   Email: JSchwartz@perkinscoie.com
   Email: KNg@perkinscoie.com
   *Attorneys for Google LLC*

9
10
11
12
13
14
15
16
17
18          UNITED STATES DISTRICT COURT
19          NORTHERN DISTRICT OF CALIFORNIA
20          SAN JOSE DIVISION
21
22  *In re Ex Parte* Application of

23  FREDRIC N. ESHELMAN,

24  Applicant,

25  For an Order Pursuant to 28 U.S.C. § 1782
    Granting Leave to Obtain Discovery for Use in
26  Foreign Proceedings.

27
28

CASE NO. 5:23-mc-80015-EJD


**JOINT STIPULATION AND [~~PROPOSED~~]
ORDER TO CONTINUE BRIEFING
DEADLINES ON MOTIONS TO QUASH**

---

CASE NO. 5:23-MC-80015-EJD                    STIPULATION AND [~~PROPOSED~~] ORDER

**STIPULATION**

WHEREAS, on January 13, 2023, Applicant Dr. Fredric N. Eshelman filed his *ex parte* application for an order pursuant to 28 U.S.C. § 1782 granting leave to obtain discovery for use in foreign proceedings from Google LLC;

WHEREAS, on May 9, 2023, the Court granted the application, permitted Dr. Eshelman to serve subpoenas on Google, and directed Google to give notice to the account holder whose information the subpoenas seek;

WHEREAS, on May 10, 2023, Dr. Eshelman served one subpoena on Google;

WHEREAS, on May 22, 2023, Google provided notice of the subpoena and the Court's Order on the account holder;

WHEREAS, on June 21, 2023, Google and the account holder, anonymous movant "J. Doe," filed motions to quash the subpoena, both set for hearing on August 24, 2023;

WHEREAS, Dr. Eshelman's responses to the motions to quash are currently due on July 5, 2023, with reply briefs due on July 12, 2023; and

WHEREAS, neither those briefing deadlines nor any other deadline in this case has previously been continued;

WHEREAS, counsel for Dr. Eshelman seeks to modify those briefing deadlines in light of counsel's preexisting work in other matters and travel plans, and for to file a consolidated opposition brief in light of the overlap between arguments asserted in the motions to quash;

WHEREAS, the parties met and conferred about a proposed modified briefing schedule, and counsel for movants agree that good cause exists and to stipulate to such a schedule; and

WHEREAS, the parties' proposed modified briefing schedule would not affect the hearing date and would comply with the Court's standing order that motions be fully briefed at least 14 days before the hearing;

IT IS STIPULATED by and between counsel for the parties, pursuant to Local Rule 6-1(b), that the case schedule be modified as follows:

- 1 -

CASE NO. 5:23-MC-80015-EJD                                    STIPULATION AND [~~PROPOSED~~] ORDER

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Opposition Briefs Due | July 5, 2023 | July 19, 2023 (consolidated opposition) |
| Reply Briefs Due | July 12, 2023 | August 4, 2023 |
| Hearing | August 24, 2023 | August 24, 2023 |

DATED: June 29, 2023                      CONRAD | METLITZKY | KANE LLP

                                          */s/ William J. Cooper*
                                          William J. Cooper[*]
                                          *Attorneys for Dr. Fredric N. Eshelman*

DATED: June 29, 2023                      ACLU FOUNDATION OF
                                          NORTHERN CALIFORNIA

                                          */s/ Matthew T. Cagle*
                                          Matthew T. Cagle
                                          *Attorneys for J. Doe*

DATED: June 29, 2023                      PERKINS COIE LLP

                                          */s/ Julie E. Schwartz*
                                          Julie E. Schwartz
                                          *Attorneys for Google LLC*

---

[*] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

- 2 -

1

## [PROPOSED] ORDER

2    The Court, having considered the parties' Joint Stipulation and [Proposed] Order to Continue

3  Certain Case Deadlines, and good cause having been shown, hereby **ORDERS** that the briefing schedule

4  on J. Doe's and Google LLC's motions to quash is modified as follows:

5

6

| Event | Current Schedule | Proposed Schedule |
|-------|------------------|-------------------|
| Opposition Briefs Due | July 5, 2023 | July 19, 2023 (consolidated opposition) |
| Reply Briefs Due | July 12, 2023 | August 4, 2023 |
| Hearing | August 24, 2023 | August 24, 2023 |

7

8

9

10

11

12    **IT IS SO ORDERED.**

13

14  DATED: _____June 30__, 2023    _____

Hon. Edward J. Davila

15                                   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 5:23-MC-80015-EJD                    STIPULATION AND [PROPOSED] ORDER