MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304254)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conmetkane.com
Email: wcooper@conmetkane.com

DANIEL P. WATKINS (VA Bar No. 84592) (admitted *pro hac vice*)
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Tel:    (202) 628-7407
Email: daniel@clarelocke.com

Attorneys for Applicant FREDRIC N. ESHELMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of | CASE NO. 5:23-MC-80015-EJD |
| FREDRIC N. ESHELMAN, | **NOTICE OF DISMISSAL** |
| Applicant, | |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1) and 28 U.S.C. § 1782(a), notice is given that Petitioner Fredric N. Eshelman withdraws the subpoena previously served upon Google LLC, *see* ECF No. 7, and hereby dismisses without prejudice the instant *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave To Obtain Discovery for Use in Foreign Proceedings, ECF No. 1.

DATED: July 5, 2023                              Respectfully submitted,

CONRAD | METLITZKY | KANE LLP


*/s/ Mark R. Conrad*
Mark R. Conrad
William J. Cooper

CLARE LOCKE LLP
Daniel P. Watkins

*Attorneys for Fredric N. Eshelman*